AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

RICHARD G. BURT,

      Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

    CASE NUMBER: **3:08-cv-00311-LRH-RAM**

MEGAN MCCLELLAN,

      Defendant.

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to Plaintiff's commencement of a <u>new</u> action in which he either pays the filing fee in full or submits a complete application to proceed <u>in forma pauperis</u>, accompanied by a signed financial certificate and a statement of his inmate account.

  July 8, 2008                                    **LANCE S. WILSON**
                                                                       Clerk

                                                               /s/ Kalani Lizares
                                                              Deputy Clerk